# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

UNITED STATES OF AMERICA,

v.                                                CASE NO. 4:06cr21-RH/WCS

GANGSTA' KO-LOF BISHOP GOSPIDON,

     Defendant.

_____/

## ORDER DENYING MOTION FOR RECONSIDERATION

Following a full and fair trial, a jury convicted defendant on all counts of a five count indictment charging, among other things, conspiracy to distribute and possess with intent to distribute crack cocaine. Defendant filed a motion for judgment of acquittal (document 53), and I denied defendant's motion. (Document 57.) Defendant has now filed a "Supplement Motion in Request for a Judgement of Acquittal." (Document 60.) This new motion relates only to defendant's conviction on the conspiracy count of the indictment.

I treat defendant's new motion as a motion for reconsideration of the order denying his earlier motion for judgment of acquittal. I deny the motion. The indictment alleged that defendant conspired "with other persons." The evidence introduced at trial was sufficient for a reasonable trier of fact to conclude that

defendant conspired with any of the other persons taken into custody during the execution of the search warrant preceding defendant's arrest.  *See United States v. Goodwin*, 492 F.2d 1141, 1144 (5th Cir. 1974) ("A person can be convicted of conspiring with persons who are not identified by name in an indictment so long as the indictment asserts that such other persons exist and the evidence supports such an assertion.").  The indictment was not defective, and the government proved every element of the charged conspiracy offense.

      Accordingly,

      IT IS ORDERED:

      Defendant's "Supplement Motion in Request for a Judgement of Acquittal" (document 60), treated as a motion for reconsideration of this court's prior order (document 57) denying defendant's prior motion for judgment of acquittal (document 53), is DENIED.

      SO ORDERED this 24th day of October, 2006.

                                      s/Robert L. Hinkle
                                      Chief United States District Judge