# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA TALLAHASSEE DIVISION

UNITED STATES OF AMERICA,

v.                                       CASE NO.   4:06cr21-RH/WCS
                                                                    4:08cv211-RH/WCS

GANGSTA'KO-LOFF BISHOP GOSPIDON,

      Defendant.

_____/

## ORDER DENYING § 2255 MOTION

This case is before the court on the magistrate judge's report and recommendation (document 109) and the objections (document 110). I have reviewed *de novo* the issues raised by the objections. Upon consideration,

      IT IS ORDERED:

      The report and recommendation is ACCEPTED and adopted as the court's opinion. The clerk must enter judgment stating, "The defendant's motion for relief under 28 U.S.C. § 2255 is DENIED WITH PREJUDICE." The clerk must close the file.

      SO ORDERED on August 27, 2009.

                                         s/Robert L. Hinkle
                                         United States District Judge